# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**YONG SUK WATTENBARGER,**

        **Plaintiff,**

**v.**                              **Case No: 03-2454-JWL**

**JOHN CALHOON, et al.,**

        **Defendants.**

## ORDER OF DISMISSAL

Pursuant to the Notice of Dismissal filed by the plaintiff on June 20, 2005, the Court orders that this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated in Kansas City, Kansas this 20th day of June, 2005.

                                              s/ John W. Lungstrum
                                              John W. Lungstrum
                                              District Judge